UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-mj-1038-RJ-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NICHOLAS M. TOLLEY, ) | |
| Defendant ) | |

The Government's motion is hereby granted. This case is dismissed.

So Ordered, August 1, 2022.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE